Before the Third Division, March 7, 1940

**No. 43328.**—Protest 992991–G of W. X. Huber & Co. (Los Angeles).

Opinion by Evans, J. On the authority of Abstract 34104 the claim at 3 cents per pound under paragraph 762 for the shelled almonds was sustained. Dried fungus the same as that the subject of *Quong* v. *United States* (T. D. 48003) was held dutiable at 35 percent under paragraph 775 as claimed.

**No. 43329.**—Protest 957853–G of W. X. Huber Co. (Los Angeles).

Opinion by Evans, J. Apricot kernels similar to those covered by Abstract 34104 were held dutiable at 3 cents per pound under paragraph 762 as claimed.